# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 29, 2006

131437

LORAYNE F. SINCLAIR,
       Plaintiff-Appellant,

v

DOUGLAS J. HARDING and
VALERIE A. HARDING,
       Defendants-Appellees.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131437
COA: 258978
Newaygo CC: 04-010701-CH

On order of the Court, the application for leave to appeal the March 16, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 29, 2006

_____
Clerk

s0821